Honorable Gary Spraker
United States Bankruptcy Judge

Jeffrey L. Hartman (NSBN 1607)
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, Nevada 89509
Tel: (775) 324-2800
notices@bankruptcyreno.com

Clayton P. Brust (NSB 5234)
Hannah E. Winston (NSB 14520)
SBW LAW GROUP
3600 Mayberry Drive
Reno, Nevada 89509
Tel: (775) 299-4051
crbust@sbwlawgroup.com
hwinston@sbwlawgroup.com
*Attorneys for Plaintiff Christina W. Lovato, Trustee*

Abe A. Alexander (*pro hac vice forthcoming*)
Cecilia E. Stein (*pro hac vice forthcoming*)
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, New York 10017
Tel: (646) 722-8500
aalexander@gelaw.com
cstein@gelaw.com
*Attorneys for Plaintiffs Christina W. Lovato, Trustee, and Doug Collins*

Ryan J. Works (NSBN 9224)
Jimmy F. Dahu (NSBN 17061)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Tel: (702) 873-4100
rworks@mcdonaldcarano.com
jdahu@mcdonaldcarano.com
*Attorneys for Citadel Securities LLC and Virtu Americas LLC*

Michael R. Hogue (NSBN 12400)
GREENBERG TRAURIG LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Tel: (702) 938-6909
hoguem@gtlaw.com
*Attorneys for Anson Funds Management LP and Anson Advisors, Inc.*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No.: 24-50792-gs<br><br>Chapter 7 |

| | |
|---|---|
| CHRISTINA W. LOVATO, in her capacity as Chapter 7 Trustee of the Bankruptcy Estate of Meta Materials Inc., META MATERIALS INC.; AND DOUG COLLINS, individually and on behalf of all others similarly situated,<br>Plaintiffs,<br>vs.<br><br>CITADEL SECURITIES LLC, VIRTU AMERICAS LLC, ANSON FUNDS MANAGEMENT LP, and ANSON ADVISORS, INC.,<br>Defendants. | Adv. Case No.: 26-05036-gs<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT** |

Upon consideration of the *Joint Stipulation Regarding Defendants' Time to Respond to the Complaint* (the "Stipulation"),

**IT IS HEREBY ORDERED** that the Stipulation attached hereto as **Exhibit A** is approved in its entirety;

**IT IS FURTHER ORDERED** that Defendants shall not be required to answer or otherwise respond to, and are hereby expressly relieved from answering or otherwise responding to, the Complaint or any other complaints filed in the Action (and any future-filed related actions consolidated therewith) except as otherwise provided herein;

**IT IS FURTHER ORDERED** that following the Court's forthcoming order resolving motion(s) to appoint lead plaintiff and lead counsel (the "Lead Plaintiff Order"), counsel for Lead Plaintiff and Defendants shall meet and confer within seven (7) days regarding scheduling and shall submit a stipulation for Court approval with the Parties' proposed schedule for the filing of an amended complaint (or designating the Complaint as operative) and Defendants' responses thereto, *except that* if Plaintiffs Christina W. Lovato, as Trustee, and/or Doug Collins are appointed as Lead Plaintiff(s) in the Lead Plaintiff Order and the Complaint is designated as the operative complaint, then Defendants shall have twenty-one (21) days from the date of the Lead Plaintiff Order to answer, move to dismiss, or otherwise respond to the Complaint;

**IT IS FURTHER ORDERED** that this Stipulation is not intended to affect or take a position on the pending Motion to Withdraw the Reference filed by Defendants, and the Parties reserve their respective rights with respect thereto.

Prepared and respectfully submitted by:


HARTMAN & HARTMAN

*/s/ Jeffrey L. Hartman*
Jeffrey L. Hartman (NSBN 1607)
510 W. Plumb Lane, Suite B
Reno, Nevada 89509
notices@bankruptcyreno.com

GRANT & EISENHOFER P.A.
Abe A. Alexander (*pro hac vice forthcoming*)
Cecilia E. Stein (*pro hac vice forthcoming*)
485 Lexington Avenue
New York, New York 10017
aalexander@gelaw.com
cstein@gelaw.com

CHRISTIAN ATTAR
James W. Christian, *pro hac vice*
1177 W. Loop South, Suite 1700
Houston, Texas 77027

KASOWITZ LLP
Stephen W. Tountas, *pro hac vice*
1633 Broadway
New York, New York 10019
stountas@kasowitz.com
*Counsel for Plaintiffs Christina W. Lovato, Trustee, and Doug Collins*

SBW LAW GROUP
Clayton P. Brust (NSB 5234)
Hannah E. Winston (NSB 14520)
3600 Mayberry Drive
Reno, Nevada 89509
crbust@sbwlawgroup.com
hwinston@sbwlawgroup.com

*Attorneys for Plaintiff Christina W. Lovato, Trustee*

McDONALD CARANO LLP

*/s/ Jimmy F. Dahu*
Ryan J. Works (NSBN 9224)
Jimmy F. Dahu (NSBN 17061)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
jdahu@mcdonaldcarano.com
*Attorneys for Citadel Securities LLC and Virtu Americas LLC*

SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood (*pro hac vice forthcoming*)
Meredith Karp (*pro hac vice forthcoming*)
425 Lexington Avenue
New York, New York 10017
jyoungwood@stblaw.com
meredith.karp@stblaw.com
*Attorneys for Citadel Securities LLC*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Andrew G. Gordon (*pro hac vice forthcoming*)
Audra J. Soloway (*pro hac vice forthcoming*)
Alison R. Benedon (*pro hac vice forthcoming*)
Daniel S. Sinnreich (*pro hac vice forthcoming*)
1285 Avenue of the Americas
New York, New York 10019
agordon@paulweiss.com
asoloway@paulweiss.com
abenedon@paulweiss.com
dsinnreich@paulweiss.com

DAVIS WRIGHT TREMAINE LLP
Michael V. Rella (*pro hac vice*)
James K. Goldfarb (*pro hac vice forthcoming*)
Shanaye Carvajal (*pro hac vice*)
1251 Avenue of the Americas, 42nd Floor
New York, New York 10020
michaelrella@dwt.com
jamesgoldfarb@dwt.com
shanayecarvajal@dwt.com
*Attorneys for Virtu Americas LLC*

GREENBERG TRAURIG LLP

*/s/ Michael R. Hogue*
Michael R. Hogue (NSBN 12400)
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
hoguem@gtlaw.com

Sylvia Simson (*pro hac vice forthcoming*)
Alan J. Brody (*pro hac vice forthcoming*)
One Vanderbilt Avenue
New York, New York 10017
sylvia.simson@gtlaw.com
brodya@gtlaw.com
*Attorneys for Anson Funds Management LP and Anson Advisors, Inc.*

# EXHIBIT A

EXHIBIT A

Jeffrey L. Hartman (NSBN 1607)
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, Nevada 89509
Tel: (775) 324-2800
notices@bankruptcyreno.com

Clayton P. Brust (NSB 5234)
Hannah E. Winston (NSB 14520)
SBW LAW GROUP
3600 Mayberry Drive
Reno, Nevada 89509
Tel: (775) 299-4051
crbust@sbwlawgroup.com
hwinston@sbwlawgroup.com
*Attorneys for Plaintiff Christina W. Lovato, Trustee*

Abe A. Alexander (*pro hac vice forthcoming*)
Cecilia E. Stein (*pro hac vice forthcoming*)
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, New York 10017
Tel: (646) 722-8500
aalexander@gelaw.com
cstein@gelaw.com
*Attorneys for Plaintiffs Christina W. Lovato, Trustee, and Doug Collins*

Ryan J. Works (NSBN 9224)
Jimmy F. Dahu (NSBN 17061)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Tel: (702) 873-4100
rworks@mcdonaldcarano.com
jdahu@mcdonaldcarano.com
*Attorneys for Citadel Securities LLC and Virtu Americas LLC*

Michael R. Hogue (NSBN 12400)
GREENBERG TRAURIG LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Tel: (702) 938-6909
hoguem@gtlaw.com
*Attorneys for Anson Funds Management LP and Anson Advisors, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No.: 24-50792-gs<br><br>Chapter 7 |
| CHRISTINA W. LOVATO, in her capacity as Chapter 7 Trustee of the Bankruptcy Estate of Meta Materials Inc., META MATERIALS INC.; AND DOUG COLLINS, individually and on behalf of all others similarly situated,<br>Plaintiffs,<br>vs.<br><br>CITADEL SECURITIES LLC, VIRTU AMERICAS LLC, ANSON FUNDS MANAGEMENT LP, and ANSON ADVISORS, INC.,<br>Defendants. | Adv. Case No.: 26-05036-gs<br><br>**JOINT STIPULATION REGARDING DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT** |

Plaintiffs Christina W. Lovato, as Trustee of the Bankruptcy Estate of Meta Materials Inc., and Doug Collins (the "Plaintiffs"), by and through their counsel, and Defendants Citadel Securities LLC, Virtu Americas LLC, Anson Funds Management LP, and Anson Advisors, Inc. (the "Defendants," together with Plaintiffs, the "Parties"), by and through their counsel, hereby stipulate and agree as follows (the "Stipulation"):

WHEREAS, on August 7, 2026, Plaintiffs in the above-captioned action (the "Action") filed their complaint captioned "Class Action Complaint" and attachments (the "Complaint") (Dkt. 1) asserting claims against Defendants pursuant to Sections 9(a)(2), 9(e), 10(b), and 20A of the Securities Exchange Act of 1934, 15 U.S.C. § 78a et seq., and Rule 10b-5, 17 C.F.R. § 240.10b-5;

WHEREAS, the Complaint in this Action is governed by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 et seq. (the "PSLRA"), which, among other things, provides a specific process for the appointment of lead plaintiff(s) and lead counsel to represent the putative class, 15 U.S.C. § 78u-4(a)(3), and imposes an automatic discovery stay during the pendency of any motion to dismiss, unless otherwise provided by court order, 15 U.S.C. § 78u-4(b)(3)(B);

WHEREAS, on August 12, 2026, Plaintiffs' counsel published notice informing putative class members of the pendency of the Action and that the deadline for any putative class member to move for appointment as lead plaintiff is October 12, 2026, which is 60 days after the date the notice was published, 15 U.S.C. § 78u-4(a)(3)(A)(i)(II);

WHEREAS, on September 11, 2026, the Court issued an Order (Dkt. 40) extending Defendants' time to respond to the Complaint, and Plaintiffs' time to respond to Defendants' Motion to Withdraw the Reference (Dkt. 23) from the bankruptcy court in the district court, to October 5, 2026;

WHEREAS, the Parties met and conferred and agree that the lead plaintiff and lead counsel will not be appointed until after the completion of briefing on any lead plaintiff motions, and the Court-appointed lead plaintiff may elect to amend the Complaint or designate the existing Complaint as operative. Requiring Defendants to respond to the current Complaint before that process is complete therefore could result in unnecessary pleading and motion practice, including briefing

directed to a complaint that is later superseded. Deferring Defendants' response until the operative complaint is established will conserve the Court's and the Parties' resources and permit any motion to dismiss to address the pleading that will govern the Action; and

WHEREAS, this is the second extension of time requested, and is not made for purposes of delay.

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, as follows:

1. Defendants shall not be required to answer or otherwise respond to, and are hereby expressly relieved from answering or otherwise responding to, the Complaint or any other complaints filed in the Action (and any future-filed related actions consolidated therewith) subject to the provisions of paragraph 2 below.

2. Following the Court's forthcoming order resolving motion(s) to appoint lead plaintiff and lead counsel (the "Lead Plaintiff Order"), counsel for Lead Plaintiff and Defendants shall meet and confer within seven (7) days regarding scheduling and shall submit a stipulation for Court approval with the Parties' proposed schedule for the filing of an amended complaint (or designating the Complaint as operative) and Defendants' responses thereto, *except that* if Plaintiffs Christina W. Lovato, as Trustee, and/or Doug Collins are appointed as Lead Plaintiff(s) in the Lead Plaintiff Order and the Complaint is designated as the operative complaint, then Defendants shall have twenty-one (21) days from the date of the Lead Plaintiff Order to answer, move to dismiss, or otherwise respond to the Complaint.

3. This Stipulation is not intended to affect or take a position on the pending Motion to Withdraw the Reference filed by Defendants, and the Parties reserve their respective rights with respect thereto.

Dated: September 23, 2026

HARTMAN & HARTMAN

/s/ Jeffrey L. Hartman
Jeffrey L. Hartman (NSBN 1607)
510 W. Plumb Lane, Suite B
Reno, Nevada 89509
notices@bankruptcyreno.com

GRANT & EISENHOFER P.A.
Abe A. Alexander (*pro hac vice forthcoming*)
Cecilia E. Stein (*pro hac vice forthcoming*)
485 Lexington Avenue
New York, New York 10017
aalexander@gelaw.com
cstein@gelaw.com

CHRISTIAN ATTAR
James W. Christian, *pro hac vice*
1177 W. Loop South, Suite 1700
Houston, Texas 77027

KASOWITZ LLP
Stephen W. Tountas, *pro hac vice*
1633 Broadway
New York, New York 10019
stountas@kasowitz.com
*Counsel for Plaintiffs Christina W. Lovato, Trustee, and Doug Collins*

SBW LAW GROUP
Clayton P. Brust (NSB 5234)
Hannah E. Winston (NSB 14520)
3600 Mayberry Drive
Reno, Nevada 89509
crbust@sbwlawgroup.com
hwinston@sbwlawgroup.com

*Attorneys for Plaintiff Christina W. Lovato, Trustee*

McDONALD CARANO LLP

/s/ Jimmy F. Dahu
Ryan J. Works (NSBN 9224)
Jimmy F. Dahu (NSBN 17061)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
jdahu@mcdonaldcarano.com
*Attorneys for Citadel Securities LLC and Virtu Americas LLC*

SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood (*pro hac vice forthcoming*)
Meredith Karp (*pro hac vice forthcoming*)
425 Lexington Avenue
New York, New York 10017
jyoungwood@stblaw.com
meredith.karp@stblaw.com
*Attorneys for Citadel Securities LLC*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Andrew G. Gordon (*pro hac vice forthcoming*)
Audra J. Soloway (*pro hac vice forthcoming*)
Alison R. Benedon (*pro hac vice forthcoming*)
Daniel S. Sinnreich (*pro hac vice forthcoming*)
1285 Avenue of the Americas
New York, New York 10019
agordon@paulweiss.com
asoloway@paulweiss.com
abenedon@paulweiss.com
dsinnreich@paulweiss.com

DAVIS WRIGHT TREMAINE LLP
Michael V. Rella (*pro hac vice*)
James K. Goldfarb (*pro hac vice forthcoming*)
Shanaye Carvajal (*pro hac vice*)
1251 Avenue of the Americas, 42nd Floor
New York, New York 10020
michaelrella@dwt.com
jamesgoldfarb@dwt.com
shanayecarvajal@dwt.com
*Attorneys for Virtu Americas LLC*

GREENBERG TRAURIG LLP

*/s/ Michael R. Hogue*
Michael R. Hogue (NSBN 12400)
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
hoguem@gtlaw.com

Sylvia Simson (*pro hac vice forthcoming*)
Alan J. Brody (*pro hac vice forthcoming*)
One Vanderbilt Avenue
New York, New York 10017
sylvia.simson@gtlaw.com
brodya@gtlaw.com
*Attorneys for Anson Funds Management LP and Anson Advisors, Inc.*